**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| <u>In re</u> | ) | Chapter 11 |
| | ) | |
| **PACIFIC DRILLING S.A., et al.,** | ) | **Case No 17-13193 (MEW)** |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |

**SCHEDULES OF ASSETS AND LIABILITIES FOR**

**Pacific Drilling S.A.**

**Case No: 17-13193 (MEW)**

Pacific Drilling S.A.                                                    Case Number: 17-13193 (MEW)

## Schedule A/B: Assets — Real and Personal Property

**Part 1:**    **Cash and cash equivalents**

1.    **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| General description | Type of account (if applicable) | Last 4 digits of account # (if applicable) | Current value of debtor's interest |
|---|---|---|---|
| 2.    **Cash on hand** | | | |
| 2.1 | | | |
| 3.    **Checking, savings, money market, or financial brokerage accounts (Identify all)** | | | |
| 3.1    AMEGY BANK OF TEXAS | DISBURSEMENT ACCOUNT | 1417 | $1,902 |
| 3.2    CITIBANK LONDON | EURO FX SETTLEMENT AC | 6239 | $103 |
| 3.3    CITIBANK LUXEMBOURG | PAYROLL / DISBURSEMEN | 8001 | $605 |
| 3.4    CITIBANK, N.A. | RESTRICTED CASH ACCOU | 4557 | $8,500,033 |
| 3.5    CITIBANK, N.A. | DISBURSEMENT / TRANSF | 6560 | $7,018 |
| 4.    **Other cash equivalents (Identify all)** | | | |
| 4.1 | | | |

5.    **Total of Part 1.**

    Add lines 2 through 4. Copy the total to line 80.

| | |
|---|---|
| | **$8,509,662** |

### Specific Notes

Cash Balances and Intercompany Amounts are as of Petition Date. All other assets are shown as of October 31st, 2017.

**Pacific Drilling S.A.**                                   **Case Number: 17-13193 (MEW)**

## Schedule A/B: Assets — Real and Personal Property

| Part 2: | Deposits and prepayments |
|---------|--------------------------|

6.  **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| General description | Current value of debtor's interest |
|---------------------|-----------------------------------|

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| 7.1 | |
|-----|--|

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

| 8.1 | PREPAID OTHER - TLB AGENT FEES/ FACILITY TRUSTEE FEES /AUDIT FEES | $186,250 |
| 8.2 | RETAINER - EVERCORE PARTNERS INTERNATIONAL LLP | $50,000 |
| 8.3 | RETAINER - HOULIHAN LOKEY | $150,000 |
| 8.4 | RETAINER - PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | $250,000 |
| 8.5 | RETAINER - SULLIVAN & CROMWELL LLP | $464,849 |

9.  **Total of Part 2**
    Add lines 7 through 8. Copy the total to line 81.

    $1,101,099

**Pacific Drilling S.A.**                                    **Case Number:  17-13193 (MEW)**

## Schedule A/B: Assets — Real and Personal Property

| Part 3: | Accounts receivable |
|---|---|

10.   **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

| General description | Face or requested amount | Doubtful or uncollectable | Current value of debtor's interest |
|---|---|---|---|

11.    Accounts receivable

11a. 90 days old or less:   _____ - _____ = _____

11b. Over 90 days old:   _____ - _____ = _____

12.    **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

_____

## Schedule A/B - Real and Personal Property

*Positive numbers are receivables to the entities in the first column, and negative numbers are payables

## Part 3: Net Accounts Receivable - Intercompany

| Debtor | Net Intercompany to or from | Receivable (Payable) |
|---|---|---|
| Pacific Drilling Limited | Pacific Drilling (Gibraltar) Limited | $ 491,665,552 |
| Pacific Drilling Limited | Pacific Drillship Nigeria Limited | $ 234,420,503 |
| Pacific Drilling Limited | Pacific Bora Ltd. | $ 550,268,473 |
| Pacific Drilling Limited | Pacific Scirocco Ltd. | $ 753,783,942 |
| Pacific Drilling Limited | Pacific Drilling do Brasil Servicos de Perfuacao Ltda | $ 4,979 |
| Pacific Drilling Operations Limited | Pacific Drilling S.A. | $ (1,264,513,590) |
| Pacific Drilling Operations Limited | Pacific Drilling (Gibraltar) Limited | $ 168,713,021 |
| Pacific Drilling Operations Limited | Pacific Bora Ltd. | $ 386,812,500 |
| Pacific Drilling Operations Limited | Pacific Scirocco Ltd. | $ 386,812,500 |
| Pacific Drilling Operations Limited | Pacific Drilling do Brasil Servicos de Perfuacao Ltda | $ 2,794,315 |
| Pacific Drilling Operations Limited | Pacific International Drilling West Africa Ltd. | $ 7,774,433 |
| Pacific Drilling Operations Limited | Pacific Drilling Services Pte. Ltd. | $ (1,021,275) |
| Pacific Drilling S.A. | Pacific Drilling Operations Limited | $ 1,264,513,590 |
| Pacific Drilling S.A. | Pacific Drilling (Gibraltar) Limited | $ (121,353,367) |
| Pacific Drilling S.A. | Pacific Mistral Ltd. | $ 364,686,217 |
| Pacific Drilling S.A. | Pacific International Drilling West Africa Ltd. | $ 2,538 |
| Pacific Drilling S.A. | Pacific Santa Ana S.À R.L. | $ 364,686,217 |
| Pacific Drilling (Gibraltar) Limited | Pacific Drilling Limited | $ (491,665,552) |
| Pacific Drilling (Gibraltar) Limited | Pacific Drilling Operations Limited | $ (168,713,021) |
| Pacific Drilling (Gibraltar) Limited | Pacific Drilling S.A. | $ 121,353,367 |
| Pacific Drilling (Gibraltar) Limited | Pacific Drilling N.V. | $ 42,823 |
| Pacific Drilling (Gibraltar) Limited | Pacific Drillship (Gibraltar) Limited | $ 347,665,009 |
| Pacific Drilling (Gibraltar) Limited | Pacific Drilling Holding (Gibraltar) Ltd. (Gibraltar) | $ 39,579 |
| Pacific Drilling (Gibraltar) Limited | Pacific Drilling South America 1 Ltd | $ 21,761,131 |
| Pacific Drilling (Gibraltar) Limited | Pacific Bora Ltd. | $ (268,887,072) |
| Pacific Drilling (Gibraltar) Limited | Pacific Mistral Ltd. | $ 84,414,989 |
| Pacific Drilling (Gibraltar) Limited | Pacific Scirocco Ltd. | $ (252,577,958) |
| Pacific Drilling (Gibraltar) Limited | Pacific Santa Ana (Gibraltar) Limited | $ 30,191,734 |
| Pacific Drilling (Gibraltar) Limited | Pacific Drilling V Limited | $ (136,368,753) |
| Pacific Drilling (Gibraltar) Limited | Pacific Sharav S.À R.L. | $ (219,854,663) |
| Pacific Drilling (Gibraltar) Limited | Pacific Drilling VII Limited | $ 595,450,320 |
| Pacific Drilling (Gibraltar) Limited | Pacific Drilling VIII Limited | $ 330,021,635 |
| Pacific Drilling (Gibraltar) Limited | Pacific Drilling, Inc. | $ 2,521,046 |
| Pacific Drilling (Gibraltar) Limited | Pacific Drilling do Brasil Servicos de Perfuacao Ltda | $ 396,821 |
| Pacific Drilling (Gibraltar) Limited | Pacific International Drilling West Africa Ltd. | $ 27,633,796 |
| Pacific Drilling (Gibraltar) Limited | Pacific Drilling Operations, Inc. | $ 62,955,259 |
| Pacific Drilling (Gibraltar) Limited | Pacific Drilling Neth Cooperatif | $ 41,307 |
| Pacific Drilling (Gibraltar) Limited | Pacific Drillship S.À R.L. | $ (3,018,743) |
| Pacific Drilling (Gibraltar) Limited | Pacific Santa Ana S.À R.L. | $ (287,311,285) |
| Pacific Drilling (Gibraltar) Limited | Pacific Drilling Services, Inc. | $ (4,966,158) |
| Pacific Drilling (Gibraltar) Limited | Pacific Deepwater Contstruction Ltd | $ 4,850,021 |
| Pacific Drilling (Gibraltar) Limited | Pacific Drilling Services Pte. Ltd. | $ (47,481) |
| Pacific Drilling (Gibraltar) Limited | Pacific Drilling International Ltd | $ 2,983,996 |
| Pacific Drilling (Gibraltar) Limited | Pacific Drilling Manpower Ltd. | $ 3,350,923 |
| Pacific Drilling (Gibraltar) Limited | Pacific Drilling Administrator Limited | $ 149,357 |
| Pacific Drilling (Gibraltar) Limited | Pacific Drilling do Brasil Invetimentos Ltda | $ 2,354,135 |
| Pacific Drilling (Gibraltar) Limited | Pacific Drilling Manpower Sarl | $ 19,440,049 |
| Pacific Drilling (Gibraltar) Limited | Pacific Drilling Manpower, Inc. | $ (1,437,308) |
| Pacific Drilling (Gibraltar) Limited | Pacific Drilling Finance S.À R.L. | $ (73,688) |
| Pacific Drilling (Gibraltar) Limited | Pacific Drilling, LLC | $ 3,003,073 |
| Pacific Drillship (Gibraltar) Limited | Pacific Drilling (Gibraltar) Limited | $ (347,665,009) |

| | | | |
|---|---|---|---|
| Pacific Drillship (Gibraltar) Limited | Pacific Drilling V Limited | $ | 347,587,279 |
| Pacific Drillship Nigeria Limited | Pacific Drilling Limited | $ | (234,420,503) |
| Pacific Bora Ltd. | Pacific Drilling Limited | $ | (550,268,473) |
| Pacific Bora Ltd. | Pacific Drilling Operations Limited | $ | (386,812,500) |
| Pacific Bora Ltd. | Pacific Drilling (Gibraltar) Limited | $ | 268,887,072 |
| Pacific Bora Ltd. | Pacific Drilling do Brasil Servicos de Perfuacao Ltda | $ | (29,037) |
| Pacific Bora Ltd. | Pacific International Drilling West Africa Ltd. | $ | (15,236,431) |
| Pacific Mistral Ltd. | Pacific Drilling S.A. | $ | (364,686,217) |
| Pacific Mistral Ltd. | Pacific Drilling (Gibraltar) Limited | $ | (84,414,989) |
| Pacific Mistral Ltd. | Pacific Drilling do Brasil Servicos de Perfuacao Ltda | $ | (918,368) |
| Pacific Mistral Ltd. | Pacific Drilling Services Pte. Ltd. | $ | (13,601) |
| Pacific Scirocco Ltd. | Pacific Drilling Limited | $ | (753,783,942) |
| Pacific Scirocco Ltd. | Pacific Drilling Operations Limited | $ | (386,812,500) |
| Pacific Scirocco Ltd. | Pacific Drilling (Gibraltar) Limited | $ | 252,577,958 |
| Pacific Scirocco Ltd. | Pacific Drilling do Brasil Servicos de Perfuacao Ltda | $ | (29,037) |
| Pacific Scirocco Ltd. | Pacific International Drilling West Africa Ltd. | $ | (9,840,790) |
| Pacific Santa Ana (Gibraltar) Limited | Pacific Drilling (Gibraltar) Limited | $ | (30,191,734) |
| Pacific Santa Ana (Gibraltar) Limited | Pacific Drilling Services Pte. Ltd. | $ | (90,176) |
| Pacific Drilling V Limited | Pacific Drilling (Gibraltar) Limited | $ | 136,368,753 |
| Pacific Drilling V Limited | Pacific Drillship (Gibraltar) Limited | $ | (347,587,279) |
| Pacific Drilling V Limited | Pacific International Drilling West Africa Ltd. | $ | (4,624,107) |
| Pacific Drilling V Limited | Pacific Drilling Services Pte. Ltd. | $ | (21,737) |
| Pacific Sharav S.à r.l. | Pacific Drilling (Gibraltar) Limited | $ | 219,854,663 |
| Pacific Sharav S.à r.l. | Pacific Drilling Services Pte. Ltd. | $ | (1,459) |
| Pacific Sharav S.à r.l. | Pacific Drilling Finance S.À R.L. | $ | (474,880,852) |
| Pacific Drilling VII Limited | Pacific Drilling (Gibraltar) Limited | $ | (595,450,320) |
| Pacific Drilling VII Limited | Pacific Drilling Services Pte. Ltd. | $ | 739 |
| Pacific Drilling VIII Limited | Pacific Drilling (Gibraltar) Limited | $ | (330,021,635) |
| Pacific Drilling, Inc. | Pacific Drilling (Gibraltar) Limited | $ | (2,521,046) |
| Pacific Drilling Operations, Inc. | Pacific Drilling (Gibraltar) Limited | $ | (62,955,259) |
| Pacific Drillship SARL | Pacific Drilling (Gibraltar) Limited | $ | 3,018,743 |
| Pacific Drillship SARL | Pacific Drilling do Brasil Servicos de Perfuacao Ltda | $ | (2,323,207) |
| Pacific Santa Ana S.à r.l. | Pacific Drilling S.A. | $ | (364,686,217) |
| Pacific Santa Ana S.à r.l. | Pacific Drilling (Gibraltar) Limited | $ | 287,311,285 |
| Pacific Santa Ana S.à r.l. | Pacific Drilling Finance S.À R.L. | $ | (556,968,060) |
| Pacific Drilling Services, Inc. | Pacific Drilling (Gibraltar) Limited | $ | 4,966,158 |
| Pacific Drilling Services, Inc. | Pacific Drilling do Brasil Servicos de Perfuacao Ltda | $ | 316,032 |
| Pacific Drilling Services, Inc. | Pacific International Drilling West Africa Ltd. | $ | (135,490) |
| Pacific Drilling Services, Inc. | Pacific Drilling Services Pte. Ltd. | $ | 180,236 |
| Pacific Drilling Finance S.à r.l. | Pacific Drilling (Gibraltar) Limited | $ | 73,688 |
| Pacific Drilling Finance S.à r.l. | Pacific Sharav S.À R.L. | $ | 474,880,852 |
| Pacific Drilling Finance S.à r.l. | Pacific Santa Ana S.À R.L. | $ | 556,968,060 |
| Pacific Drilling, LLC | Pacific Drilling (Gibraltar) Limited | $ | (3,003,073) |

Note: Excludes prepayment of bare boat charter fee by Pacific Drilling Operations Inc. to Pacific Sharav Sarl of $19,404,020 which will be fully amortized by 12/31/2017.

**Pacific Drilling**
**Organizational Structure**
**Exhibit Related to Schedule AB, Part 4 Question 15 and SOFA 25**
The value of each entity is undetermined

| Debtor | | % Ownership | Tax ID | Nature of Business |
|---|---|---|---|---|
| X | Pacific Drilling S.A. (Luxembourg) | 100% | - | Corporate Parent |
| | Pacific Drilling Manpower Sarl (Luxembourg) | 100% | | Manpower company |
| X | Pacific Drilling, Inc. (US) | 100% | 26-3541524 | Internal Charterer |
| X | Pacific Drilling (Gibraltar) Limited (Gibraltar) | 100% | 98-1026016 | Holding Company |
| X | Pacific Sharav Korlátolt Felelősségű Társaság (Hungary) | 100% | | Anticipated Drillship Owner |
| X | Pacific Drilling Finance S.à r.l. (Luxembourg) | 100% | - | Financing Company |
| X | Pacific Drillship SARL (Luxembourg) | 100% | - | Internal Charterer |
| X | Pacific Drilling Limited (Liberia) | 100% | - | Holding Company |
| X | Pacific Scirocco Ltd. (Liberia) | 49.9% | 98-1220073 | Drillship Owner |
| X | Pacific Bora Ltd. (Liberia) | 49.9% | 98-1219815 | Drillship Owner |
| X | Pacific Mistral Ltd. (Liberia) | 100% | - | Drillship Owner |
| X | Pacific Santa Ana (Gibraltar) Limited (Gibraltar) | 100% | - | Holding Company |
| X | Pacific Santa Ana S.à r.l. (Luxembourg) | 100% | 98-1056417 | Drillship Owner |
| X | Pacific Drilling Operations Limited (BVI) | 100% | 98-1219103 | Holding Company |
| | Pacific International Drilling West Africa Ltd. (Nigeria) | 49% | 98-1218742 | Nigerian Local Operations |
| | Pacific Drillship Nigeria Limited (BVI) | 99.9% | 98-1220281 | Holding Company |
| X | Pacific Scirocco Ltd. (Liberia) | 50.1% | 98-1220073 | Drillship Owner |
| X | Pacific Bora Ltd. (Liberia) | 50.1% | 98-1219815 | Drillship Owner |
| | Pacific Drilling South America 1 Ltd (BVI) | 100% | | Holding Company |
| | Pacific Drilling do Brasil Invetimentos Ltda (Brazil) | 99.9% | | Financing Company |
| | Pacific Drilling do Brasil Servicos de Perfuacao Ltda (Brazil) | 99.9% | | Services Company |
| | Pacific Drilling South America 2 Ltd (BVI) | 100% | | Holding Company |
| | Pacific Drilling do Brasil Invetimentos Ltda (Brazil) | 0.01% | | Financing Company |
| | Pacific Drilling do Brasil Servicos de Perfuacao Ltda (Brazil) | 0.01% | | Services Company |
| | Pacific Drilling N.V. (Neth. Antilles - Curacao) | 100% | | Dormant Entity |
| | Pacific Drilling Neth Cooperatif (Netherlands) | 99% | | Dormant Entity |
| | Pacific Drilling Neth Cooperatif (Netherlands) | 1% | | Dormant Entity |
| | Pacific Deepwater Contstruction Ltd (BVI) | 100% | | Supports Construction Contracts |
| | Pacific Drilling Services Pte. Ltd. (Singapore) | 100% | | Dormant Entity |
| | Pacific Drilling International LLC (US) | 100% | | Dormant Entity |
| | Pacific Drilling International Ltd (BVI) | 100% | | Manpower Company |
| | Pacific Drilling Manpower Ltd. (BVI) | 100% | | Manpower Company |
| X | Pacific Drilling, LLC (US) | 100% | 81-4037655 | Holding Company |
| X | Pacific Drilling Services, Inc. (US) | 100% | 26-2885302 | Services Company |
| | Hyperdynamics Corporation | 21%** | | Investment |
| X | Pacific Drillship Nigeria Limited (BVI) | 0.1% | | Holding Company |
| X | Pacific Sharav S.à r.l. (Luxembourg) | 100% | 98-1242431 | Drillship Owner |
| X | Pacific Drilling Operations, Inc. (US) | 100% | 90-0874446 | Internal Charterer |
| X | Pacific Drilling VII Limited (BVI) | 100% | - | Drillship Owner |
| | Pacific Drilling Administrator Limited (BVI) | 100% | | Equity Compensation Administrator |
| X | Pacific Drillship (Gibraltar) Limited (Gibraltar) | 100% | - | Holding Company |
| X | Pacific Drilling V Limited (BVI) | 100% | - | Drillship Owner |
| | Pacific Drilling Holding (Gibraltar) Ltd. (Gibraltar) | 100% | | Holding Company |
| | Pacific Drilling Manpower, Inc. (US) | 100% | 46-1071917 | Manpower Company |
| X | Pacific Drilling VIII Limited (BVI) | 100% | - | Anticipated Drillship Owner |

*The remaining 51% is owned by Derotech.
**Includes shares issuable upon exercise of warrants

Pacific Drilling S.A.                                                    Case Number: 17-13193 (MEW)

## Schedule A/B: Assets — Real and Personal Property

**Part 5:**    Inventory, excluding agriculture assets - detail

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| 19.1 | | | | |
| **20.  Work in progress** | | | | |
| 20.1 | | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| 21.1 | | | | |
| **22.  Other Inventory or supplies** | | | | |
| 22.1 | | | | |

23.  **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes.    Book Value _____    Valuation method _____    Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

**Pacific Drilling S.A.**                                                      Case Number:  17-13193 (MEW)

## Schedule A/B: Assets — Real and Personal Property

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) - detail |
|---|---|

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28.  **Crops—either planted or harvested**

28.1 _____  _____  _____  _____

29.  **Farm animals**

Examples: Livestock, poultry, farm-raised fish

29.1 _____  _____  _____  _____

30.  **Farm machinery and equipment**

(Other than titled motor vehicles)

30.1 _____  _____  _____  _____

31.  **Farm and fishing supplies, chemicals, and feed**

31.1 _____  _____  _____  _____

32.  **Other farming and fishing-related property not already listed in Part 6**

32.1 _____  _____  _____  _____

33.  **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

34.  **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.   Book Value _____   Valuation method _____   Current value _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Pacific Drilling S.A.**                                                    Case Number: 17-13193 (MEW)

## Schedule A/B: Assets — Real and Personal Property

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles - detail

38.    **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.    **Office furniture**

39. 1 _____

40.    **Office fixtures**

40. 1 _____

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

41. 1 _____

42.    **Collectibles**

42. 1 _____

43.    **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Pacific Drilling S.A.                                                    Case Number: 17-13193 (MEW)

## Schedule A/B: Assets — Real and Personal Property

**Part 8:**     **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47. 1 _____   _____   _____   _____

48.  **Watercraft, trailers, motors, and related accessories**
     Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48. 1 _____   _____   _____   _____

49.  **Aircraft and accessories**

49. 1 _____   _____   _____   _____

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

50. 1 _____   _____   _____   _____

51.  **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                          _____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Pacific Drilling S.A.                                                                        Case Number: 17-13193 (MEW)

## Schedule A/B: Assets — Real and Personal Property

**Part 9:**      **Real property - detail**

54.   **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.1    8-10 AVENUE DE LA GARE, L-1610, LUXEMBOURG | SUB LEASE TO CBC S.A R.L. | Undetermined | | |

56.   **Total of Part 9**                                                                                                    $0

Add the current value on all Question 55 lines and entries from any additional sheets. Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Pacific Drilling S.A.**                                                    Case Number:  17-13193 (MEW)

## Schedule A/B: Assets — Real and Personal Property

| Part 10: | Intangibles and intellectual property - detail |

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.  **Patents, copyrights, trademarks, and trade secrets**

60. 1 _____  _____  _____  _____

61.  **Internet domain names and websites**

61. 1 _____  _____  _____  _____

62.  **Licenses, franchises, and royalties**

62. 1 _____  _____  _____  _____

63.  **Customer lists, mailing lists, or other compilations**

63. 1 _____  _____  _____  _____

64.  **Other intangibles, or intellectual property**

64. 1 _____  _____  _____  _____

65.  **Goodwill**

65. 1 _____  _____  _____  _____

66.  **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☐ No

☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

Pacific Drilling S.A.                                     Case Number:  17-13193 (MEW)

## Schedule A/B: Assets — Real and Personal Property

**Part 11:**    **All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form? Include all interests in executory contracts and unexpired leases not previously reported on this form.**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| General description | Current value of debtor's interest |
|---|---|

71.  **Notes receivable**
Description (include name of obligor)

71.1  2017 Senior Secured Notes Issued by Pacific Drilling V Limited ............ $22,438,941

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1

73.  **Interests in insurance policies or annuities**

73.1

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

76.  **Trusts, equitable or future interests in property**

76.1

77.  **Other property of any kind not already listed Examples: Season tickets, country club membership**
Examples: Season tickets, country club membership

77.1  VAT/Other ............ $165,745

**Pacific Drilling S.A.**                                      **Case Number:  17-13193 (MEW)**

## Schedule A/B: Assets — Real and Personal Property

| Part 11: | All other assets |
| --- | --- |

78.  **Total of Part 11**
     Add lines 71 through 77. Copy the total to line
     90.

$22,604,686

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Pacific Drilling S.A.**  **Case Number: 17-13193 (MEW)**

## Schedule A/B: Assets — Real and Personal Property

**Part 12:**    **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property | Total of all property |
|---|---|---|---|
| 80.  Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $8,509,662 | | |
| 81.  Deposits and prepayments. Copy line 9, Part 2. | $1,101,099 | | |
| 82.  Accounts receivable. Copy line 12, Part 3. | $0 | | |
| 83.  Investments. Copy line 17, Part 4. | $0 | | |
| 84.  Inventory. Copy line 23, Part 5. | $0 | | |
| 85.  Farming and fishing-related assets. Copy line 33, Part 6. | $0 | | |
| 86.  Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $0 | | |
| 87.  Machinery, equipment, and vehicles. Copy line 51, Part 8. | $0 | | |
| 88.  Real property. Copy line 56, Part 9. | | $0 | |
| 89.  Intangibles and intellectual property. Copy line 66, Part 10. | $0 | | |
| 90.  All other assets. Copy line 78, Part 11. | $22,604,686 | | |
| 91.  Total. Add lines 80 through 90 for each column. | a. $32,215,447 | b. $0 | |

92.  **Total of all property on Schedule A/B. Lines 91a + 91b = 92.**    $32,215,447

**Specific Notes**

Total assets excludes Net Accounts Receivable-Intercompany shown in Schedule A/B

**Pacific Drilling S.A.**                                              **Case Number: 17-13193 (MEW)**

## Schedule D: Creditors Who Have Claims Secured by Property

1.  **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2.  **List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.**

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C | U | D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|
| **Secured Debt** | | | | | | | | | |
| 2.1  WILMINGTON TRUST NATIONAL ASSOCIATION AS ADMINISTRATIVE AGENT AND SECURITY AGENT FOR THE SENIOR SECURED CREDIT FACILITY<br>WILMINGTON TRUST NATIONAL ASSOCIATION<br>50 SOUTH SIXTH STREET<br>SUITE 1290<br>MINNEAPOLIS, MN 55402<br><br>MMCCAULEY@WILMINGTONTRUST.COM | ☐ | ☐ | ☑ | PROPERTY DESCRIPTION: COLLATERAL DESCRIBED IN SENIOR SECURED CREDIT FACILITY AGREEMENT | ☑ | ☑ | ☐ | $661,477,610 | |

Secured Debt Total:    $661,477,610

**Pacific Drilling S.A.**                                                                                          **Case Number: 17-13193 (MEW)**

## Schedule D: Creditors Who Have Claims Secured by Property

|  | **Amount of Claim** |
|---|---|
| 3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$661,477,610** |

Pacific Drilling S.A.                                                                     Case Number:  17-13193 (MEW)

## Schedule D: Creditors Who Have Claims Secured by Property

**Part 2:**    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

| Name and Mailing Address | Part 1 Line on which the Related Creditor was Listed | Last 4 Digits of Account Number for this Entity |
|---|---|---|
| MILBANK, TWEED, HADLEY & MCCLOY LLP<br>ONE CHASE MANHATTAN PLAZA<br>CC: DENNIS F DUNNE<br>NEW YORK, NY 10005 | LINE: 2.1 | Not Available |

**Pacific Drilling S.A.**                                                    **Case Number: 17-13193 (MEW)**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

    ☑ No. Go to Part 2.

    ☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|
| **2.**  NONE | | ☐ | ☐ | ☐ | ☐ | | |
| | | | | | Total: | UNDETERMINED | UNDETERMINED |

**Pacific Drilling S.A.**                                                      **Case Number: 17-13193 (MEW)**

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

Total: All Creditors with PRIORITY Unsecured Claims                    UNDETERMINED    UNDETERMINED

**Pacific Drilling S.A.**                                                    Case Number: 17-13193 (MEW)

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Unsecured Debt** | | | | | | | |
| 3.1  CITIBANK, NA AS ADMINISTRATIVE AGENT FOR THE 2018 SENIOR SECURED TERM LOAN B CITIBANK 1516 BRETT ROAD OPS III NEW CASTLE, DE 19720 | UNKNOWN <br><br> ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Unsecured Debt | ☐ | $724,932,227 |
| 3.2  CITIBANK, NA AS ADMINISTRATIVE AGENT FOR THE REVOLVING CREDIT FACILITY CITIBANK 1516 BRETT ROAD OPS III NEW CASTLE, DE 19720 | UNKNOWN <br><br> ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Unsecured Debt | ☐ | $475,000,000 |
| 3.3  DEUTSCHE BANK TRUST COMPANY AMERICAS AS INDENTURE TRUSTEE AND COLLATERAL AGENT FOR THE 2017 SENIOR SECURED NOTES DEUTCHE BANK NATIONAL TRUST COMPANY 100 PLAZA ONE 6TH FLOOR JERSEY CITY, NJ 07311-3901 | UNKNOWN <br><br> ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Unsecured Debt | ☐ | $476,137,192 |
| 3.4  DEUTSCHE BANK TRUST COMPANY AMERICAS AS INDENTURE TRUSTEE FOR THE 2020 SENIOR SECURED NOTES DEUTCHE BANK NATIONAL TRUST COMPANY 100 PLAZA ONE 6TH FLOOR JERSEY CITY, NJ 07311-3901 | UNKNOWN <br><br> ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Unsecured Debt | ☐ | $768,140,625 |
| | | | | | **Unsecured Debt Total:** | | **$2,444,210,044** |

**Pacific Drilling S.A.**                                                      **Case Number: 17-13193 (MEW)**

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C U D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|
| **Trade Payables** | | | | | |
| 3.5  CENTRALIS SA<br>6311 BREEN<br>RYE, NY 10580<br>LUXEMBOURG | UNKNOWN<br>ACCOUNT NO.: NOT AVAILABLE | ☐ ☐ ☐ | Goods and Services | ☐ | $13,136 |
| 3.6  CITY CENTRE HOTEL PARTNERS, LP<br>800 SORELLA COURT<br>HOUSTON, TX 77024 | UNKNOWN<br>ACCOUNT NO.: NOT AVAILABLE | ☐ ☐ ☐ | Goods and Services | ☐ | $442 |
| | | | **Trade Payables Total:** | | **$13,579** |

**Pacific Drilling S.A.**                                   **Case Number: 17-13193 (MEW)**

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:      List All Creditors with NONPRIORITY Unsecured Claims**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Intercompany** | | | | | | | |
| 3.7  PACIFIC DRILLING (GIBRALTAR) LIMITED<br>C/O PACIFIC DRILLING SERVICES, INC.<br>11700 KATY FREEWAY, SUITE 175<br>HOUSTON , TX 77079 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | 11/12/17<br>Balance | ☐ | $121,353,367 |
| | | | | | **Intercompany Total:** | | **$121,353,367** |

**Pacific Drilling S.A.**                                        **Case Number: 17-13193 (MEW)**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Other** | | | | | | | |
| **3.8** ADMINISTRATION DES CONTRIBUTIONS DIRECTES 8-10, AVENUE DE LA GARE 1610 LUXEMBOURG | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Taxes | ☐ | UNDETERMINED |
| **3.9** CENTRE COMMUN DE LAS SECURITE SOCIALE 125, ROUTE D'ESCH 2975 LUXEMBOURG | UNKNOWN  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Taxes | ☐ | UNDETERMINED |

**Other Total:**    **UNDETERMINED**

**Pacific Drilling S.A.**                                                                 **Case Number: 17-13193 (MEW)**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

| | |
| --- | --- |
| **Total: All Creditors with NONPRIORITY Unsecured Claims** | **$2,565,576,989** |

**Specific Notes**

Stated amount of claim with respect to the 2017 Senior Secured Notes includes $21,730,000 in principal amount of the 2017 Senior Secured Notes held by Pacific Drilling S.A.  Pacific Drilling V Limited also holds $36,906,000 in principal amount of the 2017 Senior Secured Notes, which for purposes of these schedules are not included in the amount of the claim with respect to the 2017 Senior Secured Notes.

**Pacific Drilling S.A.**                                                   Case Number: **17-13193 (MEW)**

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4.    List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

| Creditor's Name, Mailing Address Including Zip Code | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **4.1**  PAUL, WEISS RIFKIND, WHARTON & GARRSON LLP<br>1285 AVENUE OF THE AMERICAS<br>CC: ANDREW N. ROSENBERG, ESQ.<br>NEW YORK , NY 10019 | LINE: 3.4 | Not Available |
| **4.2**  SHEARMAN & STERLING LLP<br>599 LEXINGTON AVENUE<br>CC: FRED SOSNICK, ESQ.<br>NEW YORK, NY 10022 | LINE: 3.1 | Not Available |
| **4.3**  WHITE & CASE LLP<br>1221 AVENUE OF THE AMERICAS<br>CC: SCOTT G. GREISSMAN<br>NEW YORK, NY 10020 | LINE: 3.1 | Not Available |

**Pacific Drilling S.A.**                                        Case Number: 17-13193 (MEW)

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 4:**     Total Amounts of the Priority and Nonpriority Unsecured Claims

5.     **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0 |
| 5b. | **Total claims from Part 2** | 5b. + | $2,565,576,989 |
| 5c. | **Total of Parts 1 and 2** | 5c. | $2,565,576,989 |
|  | Lines 5a + 5b = 5c. | | |

Pacific Drilling S.A.                                                                      Case Number: 17-13193 (MEW)

## Schedule G: Executory Contracts and Unexpired Leases

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

2. **List all contracts and unexpired leases**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **Other Agreements** | | | | | |
| 2. 1  LEASING AGREEMENT | Evergreen | | ☐ | LEASEPLAN LUXEMBOURG S.A. | Z.A. AM BANN<br>7 RUE NOCOLAS BROSLUS<br>LEUDELANGE, L-3372 L-3372<br>LUXEMBOURG |
| 2. 2  BROKERAGE SERVICE AGREEMENT | 9/30/2018 | | ☐ | MCGRIFF, SEIBELS & WILLIAMS OF TEXAS INC | 818 TOWN & COUNTRY BLVD.<br>77024<br>HOUSTON, TX 77024 |
| 2. 3  LETTER AGREEMENT FOR REIMBURSEMENT OF ADVISORY FEES BETWEEN PACIFIC DRILLING SA AND QUANTUM PACIFIC (GIBRALTAR LIMITED) DATED 8/8/2017 | | | ☐ | QUANTUM PACIFIC (GIBRALTAR) LIMITED | 57/63 LINE WALL ROAD<br>GIBRALTAR |
| 2. 4  SETTLEMENT AND LICENSE AGREEMENT EFFECTIVE 8/1/2017 | | | ☐ | TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC. | 4 GREENWAY PLAZA<br>ATTN: GENERAL COUNSEL<br>HOUSTON, TX 77046 |

Pacific Drilling S.A.                                                                                      Case Number: 17-13193 (MEW)

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **Customer Contracts** | | | | | |
| 2. 5 PARENT COMPANY GUARANTEE IN FAVOR OF FOLAWIYO AJE SERVICES LIMITED | Upon completion of the Services (as defined) | | ☐ | FOLAWIYO AJE SERVICES LIMITED | YINKAFOLAWIYO PLAZA 38 YINKAFOLAWIYO AVNUE APAPA, LAGOS STATE NIGERIA |
| 2. 6 PERFORMANCE GUARANTEE IN FAVOR OF PC MAURITANIA 1 PTY LTD | Completion of the contract | | ☐ | PC MAURITANIA 1 PTY LTD | NAJAH CITY SOUKOUK LOT 1183 P.O. BOX 2034 NOUAKCHOTT, MAURITANIA MAURITANIA |

**Pacific Drilling S.A.**                                                                                              **Case Number: 17-13193 (MEW)**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **Real Property Leases** | | | | | |
| 2. 7    SUB-LEASE AGREEMENT FOR 8-10 AVENUE DE LA GARE, L-1610 LUXEMBOURG DATED 10/30/2013, ADDENDUM 1 AND 2 | Evergreen | 12233445 | ☑ | CBC SARL | ATTN: MR. AIDAN FOLEY 8-10 AVENUE DE LA GARA  L-1610 LUXEMBOURG |

**Case Number: 17-13193 (MEW)**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **Intercompany Agreements** | | | | | |
| 2. 8 CASH POOLING AGREEMENT DATED 06/10/2015 | Evergreen | | ☐ | PACIFIC DRILLING (GIBRALTAR) LIMITED | C/O PACIFIC DRILLING SERVICES, INC. ATTN: FINANCE DEPARTMENT 11700 KATY FREEWAY, SUITE 175 HOUSTON , TX 77079 |

**Pacific Drilling S.A.**                                                                                      **Case Number: 17-13193 (MEW)**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **Financial Agreements** | | | | | |
| 2. 9    CASH COLLATERAL AGREEMENT | Evergreen | 112233 | ☑ | CITIBANK, N.A. | 811 MAIN STREET<br>SUITE 4000<br>HOUSTON, TX 77002 |

**Pacific Drilling S.A.**                                                                                          **Case Number: 17-13193 (MEW)**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **Employment Agreements** | | | | | |
| 2. 10    RETENTION AGREEMENT | 4/30/2019 | | ☐ | FREDERIC JACQUEMIN | 8-10 AVENUE DE LA GARE, L-1610 LUXEMBOURG |

**Pacific Drilling S.A.**                                                                                             **Case Number:  17-13193 (MEW)**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **Master Service Agreements** | | | | | |
| 2. 11    MASTER SERVICE AGREEMENT | Evergreen | 00725 | ☐ | MERRILL COMMUNICATIONS | ONE MERRILL CIRCLE ST. PAUL, MN 55108 |

**Pacific Drilling S.A.**                                                                                          **Case Number: 17-13193 (MEW)**

## Schedule G: Executory Contracts and Unexpired Leases

**TOTAL NUMBER OF CONTRACTS:  11**

**Pacific Drilling S.A.**                                              Case Number: **17-13193 (MEW)**

## Schedule H: Codebtors

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**

   Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1 | Column 2 | Applicable Schedule | | |
|---|---|---|---|---|
| **Codebtor Name and Mailing Address** | **Creditor Name** | **D** | **E/F** | **G** |
| 2.1 PACIFIC DRILLSHIP SARL<br>8-10 AVENUE DE LA GARE, L-1610<br>LUXEMBOURG | CBC SARL | ☐ | ☐ | ☑ |
| 2.2 PACIFIC SANTA ANA S.À R.L.<br>8-10 AVENUE DE LA GARE, L-1610<br>LUXEMBOURG | CBC SARL | ☐ | ☐ | ☑ |
| 2.3 PACIFIC SHARAV S.À R.L.<br>8-10 AVENUE DE LA GARE, L-1610<br>LUXEMBOURG | CBC SARL | ☐ | ☐ | ☑ |
| 2.4 PACIFIC DRILLING SERVICES, INC.<br>11700 KATY FWY, #175<br>HOUSTON, TX 77079 | CITIBANK, N.A. | ☐ | ☐ | ☑ |
| 2.5 PACIFIC BORA LTD.<br>11700 KATY FWY, #175<br>HOUSTON, TX 77079 | CITIBANK, NA AS ADMINISTRATIVE AGENT FOR THE 2018 SENIOR SECURED TERM LOAN B | ☐ | ☑ | ☐ |
| 2.6 PACIFIC DRILLING FINANCE S.À R.L.<br>8-10 AVENUE DE LA GARE, L-1610<br>LUXEMBOURG | CITIBANK, NA AS ADMINISTRATIVE AGENT FOR THE 2018 SENIOR SECURED TERM LOAN B | ☐ | ☑ | ☐ |
| 2.7 PACIFIC DRILLING LIMITED<br>11700 KATY FWY, #175<br>HOUSTON, TX 77079 | CITIBANK, NA AS ADMINISTRATIVE AGENT FOR THE 2018 SENIOR SECURED TERM LOAN B | ☐ | ☑ | ☐ |
| 2.8 PACIFIC DRILLING, INC.<br>11700 KATY FWY, #175<br>HOUSTON, TX 77079 | CITIBANK, NA AS ADMINISTRATIVE AGENT FOR THE 2018 SENIOR SECURED TERM LOAN B | ☐ | ☑ | ☐ |
| 2.9 PACIFIC DRILLSHIP NIGERIA LIMITED<br>11700 KATY FWY, #175<br>HOUSTON, TX 77079 | CITIBANK, NA AS ADMINISTRATIVE AGENT FOR THE 2018 SENIOR SECURED TERM LOAN B | ☐ | ☑ | ☐ |
| 2.10 PACIFIC DRILLSHIP SARL<br>8-10 AVENUE DE LA GARE, L-1610<br>LUXEMBOURG | CITIBANK, NA AS ADMINISTRATIVE AGENT FOR THE 2018 SENIOR SECURED TERM LOAN B | ☐ | ☑ | ☐ |

**Pacific Drilling S.A.**                                                         Case Number: 17-13193 (MEW)

## Schedule H: Codebtors

| Column 1 | Column 2 | Applicable Schedule | | |
|---|---|---|---|---|
| **Codebtor Name and Mailing Address** | **Creditor Name** | **D** | **E/F** | **G** |
| 2.11 PACIFIC INTERNATIONAL DRILLING WEST AFRICA LTD. 9TH FLOOR, ST NICHOLAS HOUSE, CATHOLIC MISSION STREET LAGOS NIGERIA | CITIBANK, NA AS ADMINISTRATIVE AGENT FOR THE 2018 SENIOR SECURED TERM LOAN B | ☐ | ☑ | ☐ |
| 2.12 PACIFIC MISTRAL LTD. 11700 KATY FWY, #175 HOUSTON, TX 77079 | CITIBANK, NA AS ADMINISTRATIVE AGENT FOR THE 2018 SENIOR SECURED TERM LOAN B | ☐ | ☑ | ☐ |
| 2.13 PACIFIC SANTA ANA (GIBRALTAR) LIMITED 11700 KATY FWY, #175 HOUSTON, TX 77079 | CITIBANK, NA AS ADMINISTRATIVE AGENT FOR THE 2018 SENIOR SECURED TERM LOAN B | ☐ | ☑ | ☐ |
| 2.14 PACIFIC SANTA ANA S.À R.L. 8-10 AVENUE DE LA GARE, L-1610 LUXEMBOURG | CITIBANK, NA AS ADMINISTRATIVE AGENT FOR THE 2018 SENIOR SECURED TERM LOAN B | ☐ | ☑ | ☐ |
| 2.15 PACIFIC SCIROCCO LTD. 11700 KATY FWY, #175 HOUSTON, TX 77079 | CITIBANK, NA AS ADMINISTRATIVE AGENT FOR THE 2018 SENIOR SECURED TERM LOAN B | ☐ | ☑ | ☐ |
| 2.16 PACIFIC BORA LTD. 11700 KATY FWY, #175 HOUSTON, TX 77079 | CITIBANK, NA AS ADMINISTRATIVE AGENT FOR THE REVOLVING CREDIT FACILITY | ☐ | ☑ | ☐ |
| 2.17 PACIFIC DRILLING FINANCE S.À R.L. 8-10 AVENUE DE LA GARE, L-1610 LUXEMBOURG | CITIBANK, NA AS ADMINISTRATIVE AGENT FOR THE REVOLVING CREDIT FACILITY | ☐ | ☑ | ☐ |
| 2.18 PACIFIC DRILLING LIMITED 11700 KATY FWY, #175 HOUSTON, TX 77079 | CITIBANK, NA AS ADMINISTRATIVE AGENT FOR THE REVOLVING CREDIT FACILITY | ☐ | ☑ | ☐ |
| 2.19 PACIFIC DRILLING, INC. 11700 KATY FWY, #175 HOUSTON, TX 77079 | CITIBANK, NA AS ADMINISTRATIVE AGENT FOR THE REVOLVING CREDIT FACILITY | ☐ | ☑ | ☐ |
| 2.20 PACIFIC DRILLSHIP NIGERIA LIMITED 11700 KATY FWY, #175 HOUSTON, TX 77079 | CITIBANK, NA AS ADMINISTRATIVE AGENT FOR THE REVOLVING CREDIT FACILITY | ☐ | ☑ | ☐ |
| 2.21 PACIFIC DRILLSHIP SARL 8-10 AVENUE DE LA GARE, L-1610 LUXEMBOURG | CITIBANK, NA AS ADMINISTRATIVE AGENT FOR THE REVOLVING CREDIT FACILITY | ☐ | ☑ | ☐ |

**Pacific Drilling S.A.**                                          Case Number: **17-13193 (MEW)**

## Schedule H: Codebtors

| Column 1 | Column 2 | Applicable Schedule | | |
|---|---|---|---|---|
| **Codebtor Name and Mailing Address** | **Creditor Name** | **D** | **E/F** | **G** |
| 2.22 PACIFIC INTERNATIONAL DRILLING WEST AFRICA LTD.<br>9TH FLOOR, ST NICHOLAS HOUSE, CATHOLIC MISSION STREET<br>LAGOS<br>NIGERIA | CITIBANK, NA AS ADMINISTRATIVE AGENT FOR THE REVOLVING CREDIT FACILITY | ☐ | ☑ | ☐ |
| 2.23 PACIFIC MISTRAL LTD.<br>11700 KATY FWY, #175<br>HOUSTON, TX 77079 | CITIBANK, NA AS ADMINISTRATIVE AGENT FOR THE REVOLVING CREDIT FACILITY | ☐ | ☑ | ☐ |
| 2.24 PACIFIC SANTA ANA (GIBRALTAR) LIMITED<br>11700 KATY FWY, #175<br>HOUSTON, TX 77079 | CITIBANK, NA AS ADMINISTRATIVE AGENT FOR THE REVOLVING CREDIT FACILITY | ☐ | ☑ | ☐ |
| 2.25 PACIFIC SANTA ANA S.À R.L.<br>8-10 AVENUE DE LA GARE, L-1610<br>LUXEMBOURG | CITIBANK, NA AS ADMINISTRATIVE AGENT FOR THE REVOLVING CREDIT FACILITY | ☐ | ☑ | ☐ |
| 2.26 PACIFIC SCIROCCO LTD.<br>11700 KATY FWY, #175<br>HOUSTON, TX 77079 | CITIBANK, NA AS ADMINISTRATIVE AGENT FOR THE REVOLVING CREDIT FACILITY | ☐ | ☑ | ☐ |
| 2.27 PACIFIC DRILLING V LIMITED<br>11700 KATY FWY, #175<br>HOUSTON, TX 77079 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS INDENTURE TRUSTEE AND COLLATERAL AGENT FOR THE 2017 SENIOR SECURED NOTES | ☐ | ☑ | ☐ |
| 2.28 PACIFIC DRILLSHIP (GIBRALTAR) LTD.<br>11700 KATY FWY, #175<br>HOUSTON, TX 77079 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS INDENTURE TRUSTEE AND COLLATERAL AGENT FOR THE 2017 SENIOR SECURED NOTES | ☐ | ☑ | ☐ |
| 2.29 PACIFIC BORA LTD.<br>11700 KATY FWY, #175<br>HOUSTON, TX 77079 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS INDENTURE TRUSTEE FOR THE 2020 SENIOR SECURED NOTES | ☐ | ☑ | ☐ |
| 2.30 PACIFIC DRILLING FINANCE S.À R.L.<br>8-10 AVENUE DE LA GARE, L-1610<br>LUXEMBOURG | DEUTSCHE BANK TRUST COMPANY AMERICAS AS INDENTURE TRUSTEE FOR THE 2020 SENIOR SECURED NOTES | ☐ | ☑ | ☐ |
| 2.31 PACIFIC DRILLING LIMITED<br>11700 KATY FWY, #175<br>HOUSTON, TX 77079 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS INDENTURE TRUSTEE FOR THE 2020 SENIOR SECURED NOTES | ☐ | ☑ | ☐ |
| 2.32 PACIFIC DRILLING, INC.<br>11700 KATY FWY, #175<br>HOUSTON, TX 77079 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS INDENTURE TRUSTEE FOR THE 2020 SENIOR SECURED NOTES | ☐ | ☑ | ☐ |
| 2.33 PACIFIC DRILLSHIP NIGERIA LIMITED<br>11700 KATY FWY, #175<br>HOUSTON, TX 77079 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS INDENTURE TRUSTEE FOR THE 2020 SENIOR SECURED NOTES | ☐ | ☑ | ☐ |

**Pacific Drilling S.A.**                                                    Case Number: **17-13193 (MEW)**

## Schedule H: Codebtors

| Column 1 | Column 2 | Applicable Schedule | | |
|---|---|:---:|:---:|:---:|
| **Codebtor Name and Mailing Address** | **Creditor Name** | **D** | **E/F** | **G** |
| 2.34  PACIFIC DRILLSHIP SARL<br>8-10 AVENUE DE LA GARE, L-1610<br>LUXEMBOURG | DEUTSCHE BANK TRUST COMPANY AMERICAS AS INDENTURE TRUSTEE FOR THE 2020 SENIOR SECURED NOTES | ☐ | ☑ | ☐ |
| 2.35  PACIFIC INTERNATIONAL DRILLING WEST AFRICA LTD.<br>9TH FLOOR, ST NICHOLAS HOUSE,<br>CATHOLIC MISSION STREET<br>LAGOS<br>NIGERIA | DEUTSCHE BANK TRUST COMPANY AMERICAS AS INDENTURE TRUSTEE FOR THE 2020 SENIOR SECURED NOTES | ☐ | ☑ | ☐ |
| 2.36  PACIFIC MISTRAL LTD.<br>11700 KATY FWY, #175<br>HOUSTON, TX 77079 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS INDENTURE TRUSTEE FOR THE 2020 SENIOR SECURED NOTES | ☐ | ☑ | ☐ |
| 2.37  PACIFIC SANTA ANA (GIBRALTAR) LIMITED<br>11700 KATY FWY, #175<br>HOUSTON, TX 77079 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS INDENTURE TRUSTEE FOR THE 2020 SENIOR SECURED NOTES | ☐ | ☑ | ☐ |
| 2.38  PACIFIC SANTA ANA S.À R.L.<br>8-10 AVENUE DE LA GARE, L-1610<br>LUXEMBOURG | DEUTSCHE BANK TRUST COMPANY AMERICAS AS INDENTURE TRUSTEE FOR THE 2020 SENIOR SECURED NOTES | ☐ | ☑ | ☐ |
| 2.39  PACIFIC SCIROCCO LTD.<br>11700 KATY FWY, #175<br>HOUSTON, TX 77079 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS INDENTURE TRUSTEE FOR THE 2020 SENIOR SECURED NOTES | ☐ | ☑ | ☐ |
| 2.40  PACIFIC DRILLING (GIBRALTAR) LIMITED<br>11700 KATY FWY, #175<br>HOUSTON, TX 77079 | WILMINGTON TRUST NATIONAL ASSOCIATION AS ADMINISTRATIVE AGENT AND SECURITY AGENT FOR THE SENIOR SECURED CREDIT FACILITY | ☑ | ☐ | ☐ |
| 2.41  PACIFIC DRILLING OPERATIONS INC.<br>11700 KATY FWY, #175<br>HOUSTON, TX 77079 | WILMINGTON TRUST NATIONAL ASSOCIATION AS ADMINISTRATIVE AGENT AND SECURITY AGENT FOR THE SENIOR SECURED CREDIT FACILITY | ☑ | ☐ | ☐ |
| 2.42  PACIFIC DRILLING VII LIMITED<br>11700 KATY FWY, #175<br>HOUSTON, TX 77079 | WILMINGTON TRUST NATIONAL ASSOCIATION AS ADMINISTRATIVE AGENT AND SECURITY AGENT FOR THE SENIOR SECURED CREDIT FACILITY | ☑ | ☐ | ☐ |
| 2.43  PACIFIC SHARAV S.À R.L.<br>8-10 AVENUE DE LA GARE, L-1610<br>LUXEMBOURG | WILMINGTON TRUST NATIONAL ASSOCIATION AS ADMINISTRATIVE AGENT AND SECURITY AGENT FOR THE SENIOR SECURED CREDIT FACILITY | ☑ | ☐ | ☐ |

**Total Number of Co-Debtor / Creditor rows: 43**

**Fill in this information to identify the case:**

Debtor Name:     Pacific Drilling S.A.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case Number (if known):    17-13193 (MEW)

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property**  (Official Form 206A/B)

    1a. **Real property:**

        Copy line 88 from Schedule A/B ..................................................................................   $0

    1b. **Total personal property:**

        Copy line 91A from Schedule A/B ..............................................................................   $32,215,447

        +

    1c. **Total of all property:**

        Copy line 92 from Schedule A/B ...............................................................................   $32,215,447

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property**  (Official Form 206D)

    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D   ..............................   $661,477,610

3. **Schedule E/F: Creditors Who Have Unsecured Claims**  (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

        Copy the total claims from Part 1 from line 6a of Schedule E/F   ..................................................   $0

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

        Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F   ......................................   $2,565,576,989

        +

4. **Total liabilities**

    Lines 2 + 3a + 3b   ...................................................................................................   $3,227,054,599

**Specific Notes**

Fill in this information to identify the case and this filing:

| | |
|---|---|
| Debtor Name: | Pacific Drilling S.A. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case Number (if known): | 17-13193 (MEW) |

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**Warning -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ▮     Declaration and Signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [X] Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)
- [X] Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- [X] Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- [X] Schedule G:  Executory Contracts and Unexpired Leases (Official Form 206G)
- [X] Schedule H: Codebtors (Official Form (206H)
- [X] Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- [ ] Amended Schedule _____
- [ ] Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     December 27, 2017                Signature:  /s/ Johannes Boots

                                                  Johannes Boots, Chief Financial Officer
                                                  **Name and Title**