TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Frank A. Oswald
Brian F. Moore

*Co-Counsel for Debtors
and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PACIFIC DRILLING S.A., *et al.*, | Case No. 17-13193 (MEW) |
| | (Jointly Administered) |
| Debtors[1] | |

**NOTICE OF FILING OF VERIFIED STATEMENT OF
SEWARD & KISSEL LLP IN ACCORDANCE WITH
ORDER AUTHORIZING RETENTION OF PROFESSIONALS
UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

**PLEASE TAKE NOTICE** that, on December 1, 2017, Pacific Drilling S.A. ("PDSA") on behalf of itself and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), filed a motion for entry of an order under sections 105(a), 327, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing, the Debtors to employ and compensate professionals utilized in the ordinary course of business, *Nunc Pro Tunc*

---

[1] The Debtors in these chapter 11 cses and, if applicable, the last four digits of their U.S. taxpayer identification numbers are: Pacific Drilling S.A., Pacific Drilling (Gibraltar) Limited, Pacific Drillship (Gibraltar) Limited, Pacific Drilling, Inc. (1524), Pacific Drilling Finance S.à r.l., Pacific Drillship SARL, Pacific Drilling Limited, Pacific Sharav S.à r.l. (2431), Pacific Drilling VII Limited, Pacific Drilling V Limited, Pacific Drilling VIII Limited, Pacific Scirocco Ltd. (0073), Pacific Bora Ltd. (9815), Pacific Mistral Ltd., Pacific Santa Ana (Gibraltar) Limited, Pacific Drilling Operations Limited (9103), Pacific Drilling Operations, Inc. (4446), Pacific Santa Ana S.à r.l. (6417), Pacific Drilling, LLC (7655), Pacific Drilling Services, Inc. (5302), Pacific Drillship Nigeria Limited (0281) and Pacific Sharav Korlátolt Felelősségű Társaság.

to the Petition Date (collectively, the "Ordinary Course Professionals") (subject to certain limits set forth therein) [Docket No. 63] (the "Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that, December 15, 2017, the Court entered the Order Authorizing the Debtors to Employ and Pay Professionals Utilized in the Ordinary Course of Business (the "OCP Order") [Docket No. 82].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the OCP Order, attached hereto as Exhibit "A" is the Verified Statement of Michael S. Timpone on behalf of Seward & Kissel LLP.

Dated: New York, New York
January 5, 2018

    PACIFIC DRILLING S.A., *et al.*
*By Their Co-Counsel for the Debtors and Debtors in Possession*
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Brian F. Moore
ALBERT TOGUT
FRANK A. OSWALD
BRIAN F. MOORE
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000

and

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Andrew G. Dietderich
Brian D. Glueckstein
Alexa Kranzley
Noam R. Weiss

*Counsel to the Debtors
and Debtors-in-Possession*

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

# Exhibit A

**Verified Statement**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| PACIFIC DRILLING S.A., *et al.*, | Case No. 17-13193 (MEW) |
|  | (Jointly Administered) |
| Debtors[1] |  |

## VERIFIED STATEMENT OF MICHAEL S. TIMPONE, ON BEHALF OF SEWARD & KISSEL LLP

STATE OF NEW YORK    )

) ss:

COUNTY OF NEW YORK    )

Michael S. Timpone, being duly sworn, upon his oath, deposes and says:

1. I am a Partner of Seward & Kissel LLP, located at One Battery Park Plaza, New York, NY 10004 (the "Firm").

2. Pacific Drilling S.A. ("PDSA") on behalf of itself and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (collectively, the "Chapter 11 Cases"), have requested that

---

[1] The Debtors in these chapter 11 cses and, if applicable, the last four digits of their U.S. taxpayer identification numbers are: Pacific Drilling S.A., Pacific Drilling (Gibraltar) Limited, Pacific Drillship (Gibraltar) Limited, Pacific Drilling, Inc. (1524), Pacific Drilling Finance S.à r.l., Pacific Drillship SARL, Pacific Drilling Limited, Pacific Sharav S.à r.l. (2431), Pacific Drilling VII Limited, Pacific Drilling V Limited, Pacific Drilling VIII Limited, Pacific Scirocco Ltd. (0073), Pacific Bora Ltd. (9815), Pacific Mistral Ltd., Pacific Santa Ana (Gibraltar) Limited, Pacific Drilling Operations Limited (9103), Pacific Drilling Operations, Inc. (4446), Pacific Santa Ana S.à r.l. (6417), Pacific Drilling, LLC (7655), Pacific Drilling Services, Inc. (5302), Pacific Drillship Nigeria Limited (0281) and Pacific Sharav Korlátolt Felelősségű Társaság.

the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these Chapter 11 Cases, for persons that are parties in interest in these Chapter 11 Cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtor, or other parties in interest in these Chapter 11 Cases. The Firm does not perform services for any such person in connection with these Chapter 11 Cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be materially adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates.

6. The Debtors do not owe the Firm for prepetition services.

*[Concluded on the following page]*

2

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtor, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Verified Statement, if necessary.

Subscribed and sworn to before me
This 21st day of December, 2017

_____
Notary Public

SK 29707 0001 7772013

KURT B. PLANKL
Notary Public, State of New York
No. 01PL6027580
Qualified in Nassau County
Certificate on file in New York County
Commission Expires Aug. 9, 20__