TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Frank A. Oswald
Brian F. Moore

*Counsel for Debtors
and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| PACIFIC DRILLING S.A., *et al.*, | : Case No. 17-13193 (MEW) |
| | : |
| | : (Jointly Administered) |
| Debtors[1] | : |
| | : |

**NOTICE OF FILING OF VERIFIED STATEMENT OF TROND SANDBOE
ON BEHALF OF ADVOKATFIRMAET THOMMESSEN AS, IN ACCORDANCE
WITH THE ORDER AUTHORIZING RETENTION OF PROFESSIONALS
UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

      **PLEASE TAKE NOTICE** that, on December 1, 2017, Pacific Drilling S.A.

("PDSA") on behalf of itself and certain of its affiliates, as debtors and debtors in

possession in the above-captioned cases (collectively, the "Debtors"), filed a motion

for entry of an order under sections 105(a), 327, 330, and 331 of title 11 of the United

States Code (the "Bankruptcy Code"), authorizing, the Debtors to employ and

compensate professionals utilized in the ordinary course of business, *Nunc Pro Tunc*

---

[1] The Debtors in these chapter 11 cses and, if applicable, the last four digits of their U.S. taxpayer identification numbers are: Pacific Drilling S.A., Pacific Drilling (Gibraltar) Limited, Pacific Drillship (Gibraltar) Limited, Pacific Drilling, Inc. (1524), Pacific Drilling Finance S.à r.l., Pacific Drillship SARL, Pacific Drilling Limited, Pacific Sharav S.à r.l. (2431), Pacific Drilling VII Limited, Pacific Drilling V Limited, Pacific Drilling VIII Limited, Pacific Scirocco Ltd. (0073), Pacific Bora Ltd. (9815), Pacific Mistral Ltd., Pacific Santa Ana (Gibraltar) Limited, Pacific Drilling Operations Limited (9103), Pacific Drilling Operations, Inc. (4446), Pacific Santa Ana S.à r.l. (6417), Pacific Drilling, LLC (7655), Pacific Drilling Services, Inc. (5302), Pacific Drillship Nigeria Limited (0281) and Pacific Sharav Korlátolt Felelősségű Társaság.

to the Petition Date (collectively, the "Ordinary Course Professionals") (subject to

certain limits set forth therein) [Docket No. 63] (the "Motion").[2]

   **PLEASE TAKE FURTHER NOTICE** that, December 15, 2017, the Court

entered the Order Authorizing the Debtors to Employ and Pay Professionals Utilized in

the Ordinary Course of Business (the "OCP Order") [Docket No. 82].

   **PLEASE TAKE FURTHER NOTICE** that, pursuant to the OCP Order,

attached hereto as Exhibit "A" is the Verified Statement of Trond Sandboe on behalf

of Advokatfirmaet Thommessen AS.

Dated: New York, New York
   August 27, 2018

        PACIFIC DRILLING S.A., *et al.*
         *Counsel for the Debtors and Debtors in Possession*
        TOGUT, SEGAL & SEGAL LLP
        By:

        /s/ Brian F. Moore
        ALBERT TOGUT
        FRANK A. OSWALD
        BRIAN F. MOORE
        One Penn Plaza, Suite 3335
        New York, New York 10119
        (212) 594-5000

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

## Exhibit A

**Verified Statement**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
| PACIFIC DRILLING S.A., *et al.*, | : Case No. 17-13193 (MEW) |
|  | : |
|  | : (Jointly Administered) |
| Debtors[1] | : |

**VERIFIED STATEMENT OF Trond Sandboe,**
**ON BEHALF OF Advokatfirmaet Thommessen AS**

STATE OF  Norway            )

                                        ) ss:

COUNTY OF  Oslo)

        Trond Sandboe, being duly sworn, upon his oath, deposes and says:

        1.        I am the CFO of Advokatfirmaet Thommessen AS, located at

Haakon VIIs gate 10, 0161 Oslo, Norway (the "Firm").

        2.        Pacific Drilling S.A. ("PDSA") on behalf of itself and certain of its

affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the above-

captioned chapter 11 cases (collectively, the "Chapter 11 Cases"), have requested that

---

[1] The Debtors in these chapter 11 cses and, if applicable, the last four digits of their U.S. taxpayer
identification numbers are: Pacific Drilling S.A., Pacific Drilling (Gibraltar) Limited, Pacific Drillship
(Gibraltar) Limited, Pacific Drilling, Inc. (1524), Pacific Drilling Finance S.à r.l., Pacific Drillship SARL,
Pacific Drilling Limited, Pacific Sharav S.à r.l. (2431), Pacific Drilling VII Limited, Pacific Drilling V
Limited, Pacific Drilling VIII Limited, Pacific Scirocco Ltd. (0073), Pacific Bora Ltd. (9815), Pacific Mistral
Ltd., Pacific Santa Ana (Gibraltar) Limited, Pacific Drilling Operations Limited (9103), Pacific Drilling
Operations, Inc. (4446), Pacific Santa Ana S.à r.l. (6417), Pacific Drilling, LLC (7655), Pacific Drilling
Services, Inc. (5302), Pacific Drillship Nigeria Limited (0281) and Pacific Sharav Korlátolt Felelősségű
Társaság.

the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3.    The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these Chapter 11 Cases, for persons that are parties in interest in these Chapter 11 Cases.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtor, or other parties in interest in these Chapter 11 Cases.  The Firm does not perform services for any such person in connection with these Chapter 11 Cases.  In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be materially adverse to the Debtors or their estates.

4.    Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5.    Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents an interest adverse to the estate on the matter for which they are being retained.

6.    The Debtors owe the Firm $_0___ for prepetition services.

*[Concluded on the following page]*

2

7.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtor, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Verified Statement, if necessary.

This __Fri__ day of __27ᵗʰ July__, 2018

Trond Sandboe