UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re:
  Pacific Drilling S.A., et al.,

                            Debtor
-----------------------------------------------------------x

                            Plaintiff

                    v.

                            Defendant
-----------------------------------------------------------x

Case No.: 17-13193
Chapter 11

Adversary Proceeding No.: N/A

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Edward L. Ripley, request admission, *pro hac vice*, before the Honorable Michael E. Wiles, to represent Chevron U.S.A., a creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Southern District of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 30, 2018
New York, New York

/s/ Edward L. Ripley

*Mailing Address*:
King & Spalding LLP
1100 Louisiana Street, Suite 4000
Houston, TX 77002
*E-mail address*: ERipley@kslaw.com
*Telephone number*: (713) 751-3200