UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:  
Pacific Drilling S.A., et al.

                                  Debtor

Case No.: 17-13193  
Chapter 11

---------------------------------------------------------------x

                                  Plaintiff

v.

                                  Defendant

Adversary Proceeding No.: N/A

---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Edward L. Ripley, to be admitted, ***pro hac vice***, to represent Chevron U.S.A., (the "Client") a creditor in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Southern District of Texas, it is hereby

**ORDERED**, that Edward L. Ripley, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____  
_____, New York

/s/ _____  
UNITED STATES BANKRUPTCY JUDGE